*George W. Platt et al* v. *Richard D. Littell et al.* R. W. TOWNSEND, for appellants; A. TABER, and E. W. CONE, for respondents. Order appealed from, affirmed with costs.

*Elizabeth Rapelye, by her next friend* v. *Charles Hoyt et al.* S. F. CLARKSON, for complainant; M. S. BIDWELL, for defendant. So much of the application to dissolve the injunction as relates to the real estate of the defendant, denied; without costs to either party as against the other.

*John Pulver et al* v. *Jonathan Thayer et al.* H. HOGEBOOM, for appellant; J. C. NEWKIRK, for respondents. Appeal of defendant Anable dismissed, with costs to be taxed.

*William Snediker* v. *Thomas Pearson.* R. F. WINSLOW, for appellant; H. M. WESTERN, for respondent. Decided that an award need not be concurred in by all the arbitrators, even though there be no agreement by the parties that a less number than the whole may make the award; but a majority may make the award, in such a case, unless there is a provision to the contrary in the submission. *Award.*

That if the parties have not made it a part of their agreement that a part of the persons named may act, the statute must be complied with in respect to the meeting of all the arbitrators to hear the proofs and allegations of the parties before the majority will be authorized to make an award. *Arbitrators must all meet, &c.*

Order appealed from affirmed with costs. Respondent to have the same length of time to except, as he had at the time of entering the appeal.